# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Emily M. Gallet,

    Debtor.

Case No. 07-10427

## United States Trustee's Motion to Reopen
## and to Appoint a Chapter 7 Trustee

Under 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, the United States Trustee moves the Court to reopen this case and to order the appointment of a chapter 7 trustee. On March 10, 2020, the debtor commenced a lawsuit against the Roman Catholic Diocese of Joliet, Illinois and others in the 12th Judicial Circuit Court for the State of Illinois seeking monetary relief in excess of $50,000 for abuse allegedly suffered during her membership in a youth ministry, case no. 20L198.

At the commencement of a bankruptcy case, all of a debtor's then-existing legal and equitable interests become property of the estate.[1] This includes a cause of action if it accrued before the commencement of the bankruptcy case, and accrual is determined by state law.[2] In

---

[1] 11 U.S.C. § 541(a)(1).

[2] *See Williams v. Peters*, 2018 U.S. Dist. Lexis 20539, *5-6 (D. Kan. 2018); *see also In re Smith*, 293 B.R. 786, 788 (Bankr. D. Kan. 2003).

1

Illinois, a cause of action in tort usually accrues at the time his or her interest is invaded.[3]

Here, the petition filed by the debtor in 12th Judicial Circuit Court for the State of Illinois alleges that her claim accrued in 1996. In March 2007, the debtor filed a voluntary bankruptcy petition under chapter 7.[4] The debtor did not list any claims for abuse on her schedules.[5] The debtor received a discharge, and the case was closed in 2007.[6]

In December 2022, the diocesan counsel contacted the Office of the U.S. Trustee regarding the pendency of the abuse claim.

Based on all the information available to the United States Trustee at this time, this claim is property of the estate. In order to investigate the merits of the claim and determine exactly what is property of the estate, the case should be reopened and a chapter 7 trustee should be appointed. With an open case, the chapter 7 trustee can use discovery methods—if necessary—to obtain information, and the chapter 7

---

[3] *Blair v Nev. Landing P'ship.*, 369 Ill. App. 318, 323 (2006)

[4] Doc. #1.

[5] Doc. #1 at 20 ln. 21.

[6] Docs. #14 and 15.

2

trustee and the debtor's estate can seek any needed determination regarding the abuse claim.

11 U.S.C. § 350(b) provides that "a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." The bankruptcy court has broad discretion to grant motions to reopen.[7] The bankruptcy court should not rule on the merits of a claim in considering a motion to reopen.[8]

Sufficient cause exists for the Court to order that this case be reopened and that a chapter 7 trustee be appointed to investigate the claim and, if appropriate, prosecute the claim for the benefit of creditors.

Respectfully submitted,

**Department of Justice
Office of the United States Trustee**

John W. Nemecek
Trial Attorney
Admitted in Michigan, P71371
Appearing under 28 U.S.C. § 515(a)
301 North Main Street, Suite 1150
Wichita KS 67202
Telephone: (316) 269-6637
Email: john.nemecek@usdoj.gov

---

[7] *In re Winkle*, 616 B.R. 896, 900 (Bankr. D.N.M. 2020)

[8] *Id* at 900

3

Case 07-10427    Doc# 27    Filed 08/30/23    Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that on February 15, 2023, a true and correct copy of this **Motion to Reopen and to Appoint a Chapter 7 Trustee** was electronically filed with the Court using the CM/ECF system, which sends notification to all interested parties participating in this case through the CM/ECF system.

Further, I certify that a filed copy is being forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Emily M. Gallet<br>1553 N. Burns St.<br>Wichita, KS 67203 | Maureen A. Harton, Esq,<br>Diocese of Joliet<br>16555 Weber Road<br>Crest Hill, IL 60403 |

Matthew D. Ports, Esq.
Pfaff, Gill & Ports, Ltd.
1 E. Wacker Drive
Suite 3310
Chicago, IL 60601

By: *John W. Nemecek*